IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE KELLY, JR., | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-1595 |
| | : | |
| KINDER MORGAN, INC., | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of August, 2024, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 22) is **GRANTED IN PART** and **DENIED IN PART**. Defendant's motion is **GRANTED** as to Plaintiff's ADA reasonable accommodations and hostile work environment claims, his FMLA interference claim, his ADEA claim, and his PHRA claims alleging failure to offer reasonable accommodations, hostile work environment, and age discrimination. Defendant's motion is **DENIED** as to Plaintiff's adverse-action and retaliation ADA claims, his FMLA retaliation claim, and his PHRA claim asserting adverse action disability discrimination and retaliation.

                                                 _s/ANITA B. BRODY, J._____
                                                 ANITA B. BRODY, J.